■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LADON ROGERS, Appellant. (Appeal No. 2.) [665 NYS2d 499] —Judgment unanimously affirmed. Same Memorandum as in *People v Rogers,* 245 AD2d 1041 [decided herewith]). (Appeal from Judgment of Erie County Court, Rogowski, J.—Attempted Robbery, 1st Degree.) Present—Green, J. P., Lawton, Callahan, Doerr and Balio, JJ.